

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,833-01

### EX PARTE DONELL VONCELLO PHILLIPS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1521971-A IN THE 230TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

## O P I N I O N

Applicant was convicted of sexual assault of a child and sentenced to sixty years' imprisonment. The First Court of Appeals affirmed his conviction. *Phillips v. Texas*, No. 01-18-00105-CR (Tex. App.—Houston [1st Dist.] del. Jul. 30, 2019). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends he was denied his right to file a *pro se* petition for discretionary review through no fault of his own. The habeas record supports Applicant's claim. Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the First

Court of Appeals in cause number No. 01-18-00105-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:        January 27, 2021
Do not publish